IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANNA AGARDI, | No. C 14-0347 MMC |
| Plaintiff, | **ORDER VACATING MAY16, 2014 HEARING ON DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| HYATT HOTELS CORPORATION, | |
| Defendant. | |

Before the Court is defendant's motion to dismiss plaintiff's complaint or, in the alternative, for a more definite statement, filed April 1, 2014.  Plaintiff has not filed an opposition.

Having read and considered the papers filed in support of the motion, the Court deems the matter appropriate for submission on the moving papers, and hereby VACATES the hearing scheduled for May 16, 2014.

**IT IS SO ORDERED.**

Dated: May 9, 2014

MAXINE M. CHESNEY
United States District Judge