1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIANNA AGARDI,

       Plaintiff,

  v.

HYATT HOTELS CORPORATION,

       Defendant.

_____/

No. C 14-0347 MMC

**ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF; VACATING CASE MANAGEMENT CONFERENCE; VACATING BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Before the Court is defendant Hyatt Corporation's ("Hyatt") Motion for Administrative Relief, filed June 3, 2014, by which Hyatt requests the Court vacate the Case Management Conference currently scheduled for June 13, 2014, in light of its pending motion to dismiss. Also before the Court is plaintiff Julianna Agardi's ("Agardi") Motion for Summary Judgment, filed June 2, 2014, and noticed for hearing June 13, 2014.

Good cause having been shown, Hyatt's Motion for Administrative Relief is hereby GRANTED, and the Case Management Conference currently set for June 13, 2014, is hereby VACATED.

In light of Hyatt's pending motion to dismiss, the briefing schedule and June 13, 2014, hearing date for Agardi's motion are hereby VACATED.[1]

_____

[1] Additionally, the Court notes that Agardi's motion is not noticed for hearing in accordance with the Civil Local Rules of this district. See Civil L.R. 7-2(a) (providing motions, with limited exception, "must be filed, served and noticed in writing on the motion

After it rules on Hyatt's motion to dismiss, the Court will, if necessary, set a new date for the Case Management Conference as well as a briefing schedule and hearing date for Agardi's motion.

**IT IS SO ORDERED.**

Dated: June 10, 2014

MAXINE M. CHESNEY
United States District Judge

calendar of the assigned Judge for hearing not less than 35 days after service of the motion"); <u>see also</u> Civil L.R. 7-11 (providing shortened briefing schedule for motions for administrative relief).