IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANNA AGARDI,<br><br>    Plaintiff,<br>  v.<br><br>HYATT HOTELS CORPORATION,<br><br>    Defendant._____/ | No. C 14-0347 MMC<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

    In light of the Court's order, filed concurrently herewith, granting defendant's motion to dismiss plaintiff's complaint, plaintiff's motion for summary judgment, filed June 2, 2014, is hereby DENIED as moot.

    **IT IS SO ORDERED.**

Dated: June 23, 2014

                                                MAXINE M. CHESNEY<br>                                                United States District Judge