IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIANA AGARDI,

                                                    No. CV-14-0347 MMC

                Plaintiff,

                                            **JUDGMENT IN A CIVIL CASE**

        v.

HYATT HOTELS CORPORATION,

                Defendant.
_____/

        **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

        **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

        **IT IS SO ORDERED AND ADJUDGED**

        Defendant's motion to dismiss is hereby GRANTED, and plaintiff's complaint is hereby DISMISSED without leave to amend.


Dated: June 24, 2014                        Richard W. Wieking, Clerk

                                            By: Tracy Lucero
                                            Deputy Clerk