IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANNA AGARDI, | No. C 14-0347 MMC |
| Plaintiff, | **ORDER RE: PLAINTIFF'S IN FORMA PAUPERIS STATUS ON APPEAL; DIRECTIONS TO CLERK** |
| v. | |
| HYATT HOTELS CORPORATION, | |
| Defendant. | |

The Court having received from the Ninth Circuit Court of Appeals the Referral Notice filed August 27, 2014, hereby finds, for the reasons set forth in the Court's Order Granting Defendant's Motion to Dismiss, that the appeal lacks merit and, although not brought in subjective bad faith, is, as a legal matter, frivolous.

The Clerk of Court is hereby directed to send a copy of this order to the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED.**

Dated: September 2, 2014

MAXINE M. CHESNEY
United States District Judge